UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-PS/CD-O--

=================================

LAWRENCE GUINYARD, 08B2620,

Petitioner,

-v-

**DECISION and ORDER**
11-CV-6352P

ROBERT KIRKPATRICK, Superintendent of
Wende Correctional Facility and the Attorney
General of New York,

Respondents.

=================================

Petitioner Lawrence Guinyard, acting *pro se*, an inmate of the Wende Correctional

Facility, seeks relief pursuant to 28 U.S.C. § 2254, alleging that his conviction in Erie

County Court, State of New York, was unconstitutionally obtained, as set forth more

precisely in the petition.

Petitioner also seeks permission to proceed as a poor person pursuant to 28 U.S.C.

§ 1915(a)(1).  The Court notes that the petition was drafted by an inmate law clerk at the

facility where plaintiff is incarcerated, because plaintiff is mentally retarded and cannot read

or write.  A review of the petition indicates that an evidentiary hearing may be required to

address certain of petitioner's grounds for relief.  The Court will appoint counsel *sua sponte*

as specified below.

IT HEREBY IS ORDERED as follows:

1.      Permission to proceed as a poor person is granted.

2.      Respondent shall file and serve an **answer** to the petition, in accordance with

Rules 4 and 5 of the Rules Governing Section 2254 Cases in the United States District

Courts, no later than **September 8, 2011**.  Further, the answer shall state whether a trial

or any pre-trial or post-trial evidentiary proceeding was conducted. If any such proceeding

was conducted, under the authority of Rule 4, the Court hereby directs respondent to

provide to the Court the transcript of the proceeding, together with any record(s) of, and

documents relating to, such proceeding, and such documents will be filed in the official

record of this case.

Respondent also shall file and serve by the above date a **memorandum of

law** addressing each of the issues raised in the petition and including citations of relevant

supporting authority.

Within thirty (30) days of the date this order is served upon the custodian of

the records, the Clerk of Court or any other official having custody of the records of the

proceedings in County Court at issue now before this Court shall submit such records to

respondent or the respondent's duly authorized representative.

If petitioner appealed from the judgment of conviction or from an adverse

judgment or order in a post-conviction proceeding, under the authority of Rule 4, the Court

hereby directs respondent to provide to the Court a copy of the briefs and record on appeal

and the opinions of the appellate courts, if any, and such documents will be filed in the

official record of this case.

Petitioner shall have thirty (30) days upon receipt of the answer to file a

written response to the answer and memorandum of law.

Within thirty (30) days of the date this order is filed with the Clerk of Court,

respondent may file a motion for a more definite statement or a motion to dismiss the

petition, accompanied by appropriate exhibits which demonstrate that an answer to the petition is unnecessary. The timely filing of such motion shall extend the time for filing an answer for fourteen (14) days, but the failure of the Court to act upon the motion within that time shall not further extend the time for filing an answer.

3.      Brian Shiffrin Esq., a member of the  Criminal Justice Act ("CJA") Panel, is hereby appointed under the CJA to represent petitioner.

4.      The Clerk of Court shall serve a copy of the petition, together with a copy of this order, by certified mail, upon respondent Superintendent of Wende Correctional Facility and upon the Office of the Attorney General, Federal Habeas Unit, 120 Broadway, 12th Floor, New York, New York 10271-0332. To advise appropriate Erie County officials of the pendency of this proceeding, the Clerk of Court shall also mail a copy of this order to the District Attorney of Erie County.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENT**.

SO ORDERED

Dated:      _____July 27_____, 2011
                    Buffalo, New York

_____
WILLIAM M. SKRETNY
Chief Judge
United States District Court